428 A.2d 674

W. V. Pangborne & Co. et al. v. Buckley et al.

J. J. White Inc. v. Buckley & Co. Inc. et al.

Appeals of Vincent G. Kling and Partners.

Argued September 12, 1979. Bruce D. Lombardo, for appellant; Patrick J. O'Connor, for Pangborne, appellee (at 2742) and Participating Party, (at 2743). Charles W. Craven, for Buckley, appellee. Austin Hogan, submitted a brief on behalf of University of Pennsylvania, appellee. James M. Moran, Assistant City Solicitor, for City of Philadelphia, appellee. John T. Biezup, for Williard, appellee. Curtis P. Cheyney, for Palladino, appellee. Joseph M. Fullem, Jr., for Oakley, Participating Party (at 2742) and appellee (at 2743). Cornelius C. O'Brien, for White, Participating Party (at 2742) and appellee (at 2743).

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Orders affirmed.